FELLOWS, *Plaintiff in Error*, v. JERNIGAN.

THE petition in a suit against two persons need not state that the liability was jointly incurred by the defendants.

*Error to Lawrence Circuit Court.*—HON. JOSEPH CRAVENS, Judge.

*C. B. McAfee* and *N. Gibbs* for plaintiff in error.

*Henry Brumback* and *John T. Teel* for defendant in error.

HOUGH, J.—This suit was brought by the plaintiff, as the assignee of Fellows & Sperry, against Lawson D. Jernigan and H. C. Bottefuhr. The petition alleged that said defendants were, on, &c., indebted to said Fellows & Sperry for money laid out and expended by them at the request of the defendants, for, &c. A demurrer to this petition was sustained on the ground that it did not allege any joint liability on the part of the defendants. The case of *Gates*

*et al. v. Watson et al.*, 54 Mo. 585, is decisive of this. An averment similar to the one now being considered, was then held to be sufficient. The judgment will, therefore, be reversed and the cause remanded. All concur.

REVERSED.